# Supreme Court of Florida

WEDNESDAY, NOVEMBER 23, 2022

**CASE NO.: SC21-1596**
Lower Tribunal No(s).:
1D20-467; 162008CA000401LXXXMA

ROBERT MILLER, ETC.      vs.     R.J. REYNOLDS TOBACCO COMPANY

| Petitioner(s) | Respondent(s) |
|---|---|

Upon review of the response to this Court's order to show cause dated May 18, 2022, and the reply, the Court has determined that it should decline to accept jurisdiction in this case. *See Prentice v. R.J. Reynolds Tobacco Co.*, 338 So. 3d 831 (Fla. 2022). The petition for discretionary review is, therefore, denied.

No motion for rehearing will be entertained by the Court. *See* Fla. R. App. P. 9.330(d)(2).

MUÑIZ, C.J., and CANADY, POLSTON, COURIEL, and GROSSHANS, JJ., concur.
LABARGA, J., concurs in result only with an opinion.
FRANCIS, J., did not participate.

LABARGA, J., concurring in result only.

Because I strongly believe that proof of fraudulent concealment in an *Engle*-progeny case does not require proof of reliance on a specific statement by an *Engle* defendant, I dissented to this Court's holding in *Prentice v. R.J. Reynolds Tobacco Co.*, 338 So. 3d 831 (Fla. 2022).

In this case, I recognize, as does the petitioner, that this Court's holding in *Prentice* is controlling. However, I reaffirm my dissent in *Prentice*, and I concur in result *only* to the extent that *Prentice* requires this result.

A True Copy
Test:



John A. Tomasino
Clerk, Supreme Court

ks
Served:

TROY A. FUHRMAN
KEVIN P. RIDDLES
ANGELO M. PATACCA
SIMON HANSEN
JACQUELINE M. PASEK
BAILEY HOWARD
MARIE A. BORLAND
JOHN S. MILLS
A. JAY PLOTKIN
HON. KRISTINA SAMUELS, CLERK
HON. KATIE L. DEARING, JUDGE
HON. JODY PHILLIPS, CLERK

JASON T. BURNETTE
DAVID C. REEVES
COURTNEY BREWER
JOHN W. HOGAN
JONATHAN A. MARTIN
EMILY C. BAKER
PAUL R. REICHERT
RICHARD J. LANTINBERG
NORWOOD SHERMAN WILNER